Andrew T. Ryan, Esq. (SBN 227700)
THE RYAN LAW GROUP
317 Rosecrans Ave.
Manhattan Beach, CA 90266
Tel: (310) 321-4800
Fax: (310) 496-1435
Andrew.ryan@theryanlawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL MOLLOY, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWIN INC., a foreign corporation, and TRIWIN GAMES CO., LTD., a foreign corporation,<br><br>Defendant. | Case No.  2:23-cv-04317-GW-AS<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST TRIWIN INC. AND TRIWIN GAMES CO., LTD. PURSUANT TO FRCP RULE 55(b)**<br><br>Date: Mar. 3, 2025<br>Time: 8:30 a.m.<br>Judge: Hon. George Wu<br>Crtrm: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 3, 2025 at 8:30 a.m. in Courtroom 9D of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff Michael Molloy will, and hereby does, move this Court for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure against Defendant Triwin Inc. and Defendant Triwin Games Co., Ltd. as to the Second Amended Complaint.

Default was entered against Triwn Games Co., Ltd. as to the Second Amended Complaint on August 21, 2024. Dkt. 87. Default was entered against Triwin Inc. as to the Second Amended Complaint on December 11, 2024. Dkt. 105. Defendants are both foreign corporations conducting business in California. Neither of the Defendants is an infant or incompetent person. The Servicemembers Relief Act does not apply. Notice under Rule 55(b)(2) is not required.

Plaintiff seeks default judgment on his First Claim for Relief, Second Claim for Relief, Third Claim for Relief and Fifth Claim for Relief. The Motion is based on this Notice, the Memorandum of Points and Authorities, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

DATED: February 21, 2025               THE RYAN LAW GROUP

                                                /s/ Andrew T. Ryan
                                                Andrew T. Ryan
                                                Attorney for Plaintiff

APPLICATION FOR DEFAULT JUDGMENT                                         2:23-cv-04317-GW-AS