UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-4317-GW-ASx | Date | March 24, 2025 |
|---|---|---|---|
| Title | *Michael Molloy v. Triwin, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew T. Ryan, by telephone | None Present |

**PROCEEDINGS:** **PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST TRIWIN INC. AND TRIWIN GAMES CO., LTD. PURSUANT TO FRCP RULE 55(b) [112]**

The Court's Tentative Ruling on Plaintiff's Motion [112] was issued on March 21, 2025 [115]. Court confers with Plaintiff's counsel. The Tentative Ruling is adopted as the Court's Final Ruling. the Court would:

**GRANT** the Motion;
**PERMANENTLY ENJOIN** Defendants consistent with the terms delineated above; and
**ENTER DEFAULT JUDGMENT** against Defendants in the form of a permanent injunction and in the amount of $38,006.25, consisting of $32,177 in attorney fees and $5,829.25 in costs.

To effectuate this order, the Court also hereby ORDERS Molloy to do the following:
**Within two days of the date of the hearing**, Molloy shall file a separate proposed final judgment consistent with this order.
**Within two days from the Court approving the final judgment**, Molloy's counsel shall: (1) email a copy of the judgment to Defendants; (2) note in the body of that email the effective date of the final judgment; and (3) file a declaration with this Court attesting that such notice has been provided.

|  | : | 01 |
|---|---|---|
| | Initials of Preparer | JG |