JS-6

Andrew T. Ryan, Esq. (SBN 227700)
THE RYAN LAW GROUP
317 Rosecrans Ave.
Manhattan Beach, CA 90266
Tel: (310) 321-4800
Fax: (310) 496-1435
Andrew.ryan@theryanlawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL MOLLOY, on behalf of himself and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRIWIN INC., a foreign corporation, and TRIWIN GAMES CO., LTD., a foreign corporation, <br><br> Defendant. | Case No.  CV 23-4317-GW-ASx <br><br> **FINAL JUDGMENT AND ORDER FOR INJUNCTIVE AND OTHER RELIEF** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FINAL JUDGMENT                                                    2:23-cv-04317-GW-AS

On February 21, 2025, Plaintiff Michael Molloy filed an Application for Default Judgment against Defendant Triwin Inc. and Defendant Triwin Games Co., Ltd. as to the First, Second, Third and Fifth Claims for Relief set forth in the Second Amended Complaint. For the reasons set forth in the Court's Final Ruling of March 24, 2025 and the Court's TenTative Ruling dated March 21, 2025, Final Judgment is hereby entered against Defendants Triwin Inc. and Triwin Games Co., Ltd. (collectively, "Defendants").

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Defendants Triwin Inc. and Triwin Games Co., Ltd., their officers, agents, servants, employees, and attorneys, their successors and assigns and all others in active concert or participation with them, including without limitation, Apple Inc. and Google, LLC, are permanently enjoined and restrained from:

    (a) operating, advertising, publishing, or distributing the mobile application titled Tycoon Casino – Vegas Slots or Tycoon Casino Vegas Slot Games in California;

    (b) processing purchases or accepting payment for virtual items in connection with the mobile application titled Tycoon Casino – Vegas Slots or Tycoon Casino Vegas Slot Games from individuals located in California.

2. Defendants are ordered to pay Plaintiff attorneys' fees in the amount of $32,177.00.

3. Defendants are ordered to pay Plaintiff costs in the amount of $5,829.25.

4. Within two days from the Court approving the Final Judgment, counsel for Plaintiff shall: (1) email a copy of the Final Judgment to Defendants; (2) note in the body of that email the effective date of the final judgment; and (3) file a declaration with this Court attesting that such notice has been provided.

5. The effective date for this Final Judgment is twenty-one (21) days after the date of the Final Judgment.

FINAL JUDGMENT
2:23-cv-04317-GW-AS

1         IT IS FURTHER ORDERED that this Court retains jurisdiction of this

2    matter for purposes of construction, modification, and enforcement of this Final

3    Judgment.

4         IT IS SO ORDERED.

5

6

7    Dated: March 27, 2025    _____

8                      HON. GEORGE H. WU,
                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT    2:23-cv-04317-GW-AS